PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### REPORT AND RECOMMENDATION OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Asmik STEPANIAN |
| **Docket Number:** | 2:00CR00493-01<br>2:01CR00424-01 |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 07/01/2002 |
| **Original Offense:** | 2:00CR00493-01: 18 USC 1347 - Health Care Fraud (CLASS C FELONY)<br>2:01CR00424-01: 18 USC 1347, 2 - Health Care Fraud, Aiding and Abetting (CLASS C FELONY) |
| **Original Sentence:** | 6 months BOP, each case, concurrently; 3 years TSR, each case, concurrently; $200 special assessment; $882,515 restitution. |
| **Special Conditions:** | Not dissipate assets; Financial disclosure; No new debt; 180 days home detention |
| **Other Court Action:** | None |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 03/07/2003 |

### NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision. The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**RE:    Asmik STEPANIAN**
**Docket Numbers: 2:00CR00493-01 and 2:01CR00424-01**
**REPORT AND RECOMMENDATION OF OFFENDER NON-COMPLIANCE**


**1.    IRREGULAR FINE/RESTITUTION PAYMENTS**

**Details of alleged non-compliance:** Mr. Stepanian has been supervised in the Central District of California since his release from custody.  He has been in compliance with all of his conditions of supervision and has made payments toward his restitution to the best of his ability.  His current restitution balance is $880,375.


**United States Probation Officer Plan/Justification:** According to the supervising probation officer, the offender has satisfied all special conditions, with the exception of his outstanding restitution balance.  We are requesting he be allowed to expire as scheduled on March 6, 2006.  The United State's Attorney's Office, Financial Litigation Unit will be notified and a copy of the Judgment and Commitment Order will be provided so they may pursue collection as permitted by statute


Respectfully submitted,


/s/ karen meusling
**KAREN A. MEUSLING**
_____**Supervising United States Probation Officer**
Telephone: (916) 930-4321


**DATED:**    October 11, 2005
Sacramento, California
KAM

Rev. 03/2004
PROB12A1.MRG

RE:   **Asmik STEPANIAN**
**Docket Numbers: 2:00CR00493-01 and 2:01CR00424-01**
**REPORT AND RECOMMENDATION OF OFFENDER NON-COMPLIANCE**

---

**THE COURT ORDERS:**

xx   **The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.**

☐   **Submit a Request for Modifying the Conditions or Term of Supervision.**

☐   **Submit a Request for Warrant or Summons.**

☐   **Other:**


 **October 11, 2005**                    **/s/ Frank C. Damrell Jr.**
**Date**                                        **FRANK C. DAMRELL, Jr.**
                                                **United States District Judge**

cc:   United States Probation
Daniel S. Linhardt, Assistant United States Attorney
Dennis Waks, Assistant Federal Defender

Attachment:  PSR (Sacramento only)

Rev. 03/2004
PROB12A1.MRG